RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JOHNSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUITABLE MORTGAGE & REALTY INCORPORATED,<br><br>Defendant. | Case No. 2:22-cv-03984-DSF-MAR<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Linda Johnstone hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: July 25, 2022

Respectfully Submitted,

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

237 South Dixie Highway, 4th Floor  
Coral Gables, FL 33133  
Telephone: (305) 469-5881  
*Attorney for Plaintiff and the putative Class*